UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Bennie Lee James

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -MJ- 10458   ( UA )( )

Defendant <u>Bennie Lee James</u> hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

_____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

_____   Conference Before a Judicial Officer


/s/ Bennie Lee James
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Jonathan Marvinny
Defendant's Counsel's Signature

Bennie Lee James
Print Defendant's Name

Jonathan Marvinny
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge